**SEALED**

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAY 22 2018

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 2:18-CR-00003 |
| : | |
| ROY LEE DYKES : | |
| LEILA VARRETTA HECTOR (also : | Violations:   21 U.S.C. § 841 |
|     known as LEILA VARETTA : |                      21 U.S.C. § 846 |
|     HECTOR-DYKES and RITA : | |
|     HECTOR) : | |
| JAMES LEE CLEGHORNE : | |
| TIMOTHY TERRELL PEEK (also : | |
|     known as JERMAINE PEEK) : | |
| CHRISTY MARIE DOFFERMYER : | |
| AUDREA AUGUST WOODWARD : | |
| TIMOTHY ALLEN BARR : | |
| DOUGLAS MICHAEL URNICK : | |
| DALE AUGUST LEICHTENBERG : | |
| PAUL THOMAS JONES : | |
| REBECCA ANN OWENS : | |

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about and between November 1, 2016, and March 1, 2018, in the Western District of Virginia and elsewhere, ROY LEE DYKES, LEILA VARRETTA HECTOR (also known as LEILA VARETTA HECTOR-DYKES and RITA HECTOR), JAMES LEE CLEGHORNE, TIMOTHY TERRELL PEEK (also known as JERMAINE PEEK), CHRISTY MARIE DOFFERMYER, AUDREA AUGUST WOODWARD, TIMOTHY ALLEN BARR, DOUGLAS MICHAEL URNICK, DALE AUGUST LEICHTENBERG, PAUL THOMAS JONES, and REBECCA ANN OWENS knowingly conspired with each

1

USAO#2017R00563

other and others to knowingly and intentionally distribute and possess with intent to distribute (a) 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance, (b) heroin, a Schedule II controlled substance, (c) oxycodone, a Schedule II controlled substance, (d) cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance, and (e) alprazolam, a Schedule IV controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

2. All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii), 841(b)(1)(C), and 841(b)(2).

## COUNTS TWO THROUGH NINETEEN

The Grand Jury charges that:

1. On or about the following dates, in the Western District of Virginia and elsewhere, ROY LEE DYKES ["DYKES"] and/or LEILA VARRETTA HECTOR (also known as LEILA VARETTA HECTOR-DYKES and RITA HECTOR) ["HECTOR"], as noted, as a principal and aider and abettor, distributed and possessed with the intent to distribute one of the following controlled substances, as noted: (a) 5 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance ("methamphetamine"), (b) heroin, a Schedule II controlled substance, (c) oxycodone, a Schedule II controlled substance, (d) cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance, and/or (e) alprazolam, a Schedule IV controlled substance (as noted):,

| CT # | DATE | DEFENDANT | DRUG |
|---|---|---|---|
| 2 | 10/20/2017 | DYKES | ≥ 5 grams of methamphetamine(actual) |

USAO#2017R00563

| 3  | 10/20/2017 | DYKES          | oxycodone                          |
|----|------------|----------------|------------------------------------|
| 4  | 11/01/2017 | DYKES          | ≥ 5 grams of methamphetamine(actual) |
| 5  | 11/01/2017 | DYKES          | oxycodone                          |
| 6  | 11/01/2017 | DYKES          | alprazolam                         |
| 7  | 11/08/2017 | DYKES          | ≥ 5 grams of methamphetamine(actual) |
| 8  | 11/08/2017 | DYKES          | alprazolam                         |
| 9  | 12/01/2017 | DYKES          | ≥ 5 grams of methamphetamine(actual) |
| 10 | 12/01/2017 | DYKES          | oxycodone                          |
| 11 | 12/01/2017 | DYKES          | alprazolam                         |
| 12 | 12/08/2017 | DYKES          | ≥ 5 grams of methamphetamine(actual) |
| 13 | 01/24/2018 | DYKES          | ≥ 5 grams of methamphetamine(actual) |
| 14 | 02/01/2018 | DYKES          | ≥ 5 grams of methamphetamine(actual) |
| 15 | 02/01/2018 | DYKES          | heroin                             |
| 16 | 03/01/2018 | DYKES & HECTOR | ≥ 5 grams of methamphetamine(actual) |
| 17 | 03/01/2018 | DYKES & HECTOR | heroin                             |
| 18 | 03/01/2018 | DYKES & HECTOR | cocaine                            |
| 19 | 03/01/2018 | DYKES & HECTOR | alprazolam                         |

2. All in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii), 841(b)(1)(C), and 841(b)(2).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendants shall forfeit to the United States:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

   b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

   c. any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances and/or raw materials, as described in 21 U.S.C. § 881(a)(1) and (2), and any proceeds traceable to such property, pursuant to 21 U.S.C. § 881(a)(11) and 28 U.S.C. § 2461(c).

2. The property to be forfeited to the United States includes but is not limited to the following property:

    a. **Money Judgment**

        An undetermined sum of U.S. Currency and all interest and proceeds traceable thereto, in that such sum in aggregate was obtained directly or indirectly as a result of said offenses or is traceable to such property.

    b. **Firearms and Ammunition**

       1. Ruger, Model LCP, .380 caliber Pistol, SN377-96490
       2. Lorcin Engineering, Model L25, .25 caliber Pistol, SN: 349895
       3. 4 Rounds Ammunition, .380 caliber
       4. 12 Rounds CBC Ammunition, Caliber .25
       5. 50 Rounds Remington Ammunition, Caliber .22

    c. **U.S. Currency**

       1. $6,980.00 in U.S. Currency
       2. $3,027.68 in U.S. Currency
       3. $4,980.00 in U.S. Currency

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with a third person;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL, this __22__ day of __May__, 2018.

                                                  /s/ Grand Jury Foreperson

THOMAS T. CULLEN
United States Attorney

USAO#2017R00563