U.S. DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN - 1 2020

JULIA C. DUDLEY, CLERK
BY: /s/ J. Ryok
DEPUTY CLERK

UNITED STATES

vs.                                    Case No. 2:18-CR-00003

ROY LEE DYKES

Defendants.

## NOTICE OF APPEAL

Comes now Roy Lee Dykes, pro se, and files this his notice timely and directs this Court to forward any and all documents to the Fourth Circuit Court of Appeals concerning the Courts ruling (Document #776) denying his Motion for Reconsideration (Doc. 774). The Order was entered 5/19/20. Defendant requests the clerk to include Documents 772 and 773 as the record to be reviewed on appeal.

This 27th day of May, 2020.

Roy Dykes / Roy Lee Dykes

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and exact copy of the foregoing document to Suzanne K. Quillen, AUSA, 180 W. Main St., #B-19, Abingdon, VA 24210, by way of the U.S. Mail. This 27th day of May, 2020.

Roy Dykes / Roy Lee Dykes, 22105-084
P.O. Box 6000, Hilmer, A2-203
Glenville, WV. 26351