# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 2:18CR00003-001 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **ROY LEE DYKES,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendant. | ) | |

In accord with the Opinion and Order docketed herewith, it is **ORDERED** that the motion under 18 U.S.C. § 2255 is DISMISSED and a certificate of appealability is DENIED.

ENTER: April 26, 2024

/s/ JAMES P. JONES
Senior United States District Judge